United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 15-19071-mdc
Sade N. Brown                                                   Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Stacey           Page 1 of 2           Date Rcvd: Apr 10, 2017
                             Form ID: 210U          Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2017.
```
db            +Sade N. Brown,    1222 Calcon Drive,    Sharon Hill, PA 19079-2405
13649769       Comenity Bank,    PO Box 182273,    Columbus, OH  43218-2273
13649770       Comenity Bank Vetrssec,    PO Box 182789,    Columbus, OH  43218-2789
13649771       Credit Bureau Dispute Resolution,    PO Box 14517,    Des Moines, IA  50306-3517
13649772       First Premier,    3820 N Louise Ave,    Sioux Falls, SD  57107-0145
13649773       First Premier Bank,    PO Box 5529,    Sioux Falls, SD  57117-5529
13684994      +Joshua Z. Goldblum, Esquire,    826 Bustleton Pike,    Suite 101,    Feasterville, PA 19053-6002
13705342      +MIDLAND FUNDING LLC,    PO BOX 2011,    WARREN, MI 48090-2011
13649775       One Main Financial,    501 Macdade Blvd,    Folsom, PA  19033-3203
13660109       PF Hillside Manor Apartments,    1127 Ward St Ste A,    Chester, PA  19013-2052
13649779       Toyota Financial Service,    5005 N River Blvd NE,    Cedar Rapids, IA  52411-6634
13659223      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
13732234      +Wells Fargo Card Services,    1 Home Campus 3rd Floor,    Des Moines, IA 50328-0001
13649780       Wells Fargo Card Services,    PO Box 30086,    Los Angeles, CA  90030-0086
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Apr 11 2017 01:29:10     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 11 2017 01:28:52
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 11 2017 01:29:07     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13649768       E-mail/PDF: gecsedi@recoverycorp.com Apr 11 2017 01:16:49      Care Credit/Syncb,
                PO Box 965036,    Orlando, FL  32896-5036
13729166      +E-mail/Text: bncmail@w-legal.com Apr 11 2017 01:29:05     Cerastes, LLC,
                C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13649774       E-mail/Text: bankruptcydpt@mcmcg.com Apr 11 2017 01:29:02     Midland Credit Management, Inc.,
                PO Box 60578,    Los Angeles, CA  90060-0578
13649776       E-mail/PDF: cbp@onemainfinancial.com Apr 11 2017 01:24:03      One Main Financial,
                6801 Colwell Blvd,    Irving, TX  75039-3198
13694788      +E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 11 2017 01:29:06     Premier Bankcard, Llc,
                c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
13687168       E-mail/Text: bnc-quantum@quantum3group.com Apr 11 2017 01:28:48
                Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
13649777       E-mail/PDF: gecsedi@recoverycorp.com Apr 11 2017 01:16:49      Synch/Care Credit,
                PO Box 965036,    Orlando, FL  32896-5036
13649778       E-mail/PDF: gecsedi@recoverycorp.com Apr 11 2017 01:17:01      Synchrony Bank,    PO Box 965064,
                Orlando, FL  32896-5064
                                                                                              TOTAL: 11
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             PF Hillside Manor,    1127 Ward Street,    Chester
13660100*      Care Credit/Syncb,    PO Box 965036,    Orlando, FL  32896-5036
13660101*      Comenity Bank,    PO Box 182273,    Columbus, OH  43218-2273
13660102*      Comenity Bank Vetrssec,    PO Box 182789,    Columbus, OH  43218-2789
13660103*      Credit Bureau Dispute Resolution,    PO Box 14517,    Des Moines, IA  50306-3517
13660104*      First Premier,    3820 N Louise Ave,    Sioux Falls, SD  57107-0145
13660105*      First Premier Bank,    PO Box 5529,    Sioux Falls, SD  57117-5529
13660106*      Midland Credit Management, Inc.,    PO Box 60578,    Los Angeles, CA  90060-0578
13660107*      One Main Financial,    6801 Colwell Blvd,    Irving, TX  75039-3198
13660108*      One Main Financial,    501 Macdade Blvd,    Folsom, PA  19033-3203
13660110*      Synch/Care Credit,    PO Box 965036,    Orlando, FL  32896-5036
13660111*      Synchrony Bank,    PO Box 965064,    Orlando, FL  32896-5064
13660112*      Toyota Financial Service,    5005 N River Blvd NE,    Cedar Rapids, IA  52411-6634
13660113*      Wells Fargo Card Services,    PO Box 30086,    Los Angeles, CA  90030-0086
                                                                                 TOTALS: 1, * 13, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: Stacey              Page 2 of 2              Date Rcvd: Apr 10, 2017
                              Form ID: 210U             Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 10, 2017 at the address(es) listed below:
          ARTHUR ROBERT PANZA    on behalf of Debtor Sade N. Brown Panza6@msn.com
          ARTHUR ROBERT PANZA    on behalf of Creditor    PF Hillside Manor Panza6@msn.com
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    Toyota Motor Credit Corporation
           bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
          JOSHUA Z. GOLDBLUM    on behalf of Debtor Sade N. Brown jzgoldblum@aol.com,
           G14492@notify.cincompass.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Motor Credit Corporation
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                 TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Sade N. Brown                                              Case No: 15−19071−mdc

            Debtor(s)

_____

### CLERK'S NOTICE RE: PRESUMPTION OF ABUSE

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.

Dated: 4/10/17

For The Court

Timothy B. McGrath
Clerk of Court

52
Form 210U