Certificate Number: 05781-PAE-DE-029527293

Bankruptcy Case Number: 15-19071



05781-PAE-DE-029527293

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 4, 2017, at 9:03 o'clock PM PDT, Sade Brown completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   July 4, 2017

By:   /s/Allison M Geving

Name:   Allison M Geving

Title:   President