
United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Sade N. Brown  
    Debtor

Case No. 15-19071-mdc  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: JEGilmore     Page 1 of 2     Date Rcvd: Jul 31, 2017  
                  Form ID: 318       Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2017.
```
db            +Sade N. Brown,    1222 Calcon Drive,    Sharon Hill, PA 19079-2405
13684994      +Joshua Z. Goldblum, Esquire,    826 Bustleton Pike,    Suite 101,    Feasterville, PA 19053-6002
13705342      +MIDLAND FUNDING LLC,    PO BOX 2011,    WARREN, MI 48090-2011
13660109       PF Hillside Manor Apartments,    1127 Ward St Ste A,    Chester, PA  19013-2052
13659223      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr             EDI: BTPDERSHAW.COM Aug 01 2017 01:48:00      TERRY P. DERSHAW,    Dershaw Law Offices,
                 P.O. Box 556,    Warminster, PA  18974-0632
smg            E-mail/Text: bankruptcy@phila.gov Aug 01 2017 01:49:40       City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 01 2017 01:48:53
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 01 2017 01:49:18       U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13660100       EDI: RMSC.COM Aug 01 2017 01:49:00      Care Credit/Syncb,    PO Box 965036,
                 Orlando, FL  32896-5036
13729166      +E-mail/Text: bncmail@w-legal.com Aug 01 2017 01:49:03       Cerastes, LLC,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13649769       EDI: WFNNB.COM Aug 01 2017 01:49:00      Comenity Bank,    PO Box 182273,
                 Columbus, OH  43218-2273
13649770       EDI: WFNNB.COM Aug 01 2017 01:49:00      Comenity Bank Vetrssec,    PO Box 182789,
                 Columbus, OH  43218-2789
13649771       EDI: WFFC.COM Aug 01 2017 01:48:00      Credit Bureau Dispute Resolution,    PO Box 14517,
                 Des Moines, IA  50306-3517
13649772       EDI: AMINFOFP.COM Aug 01 2017 01:48:00      First Premier,    3820 N Louise Ave,
                 Sioux Falls, SD  57107-0145
13649773       EDI: AMINFOFP.COM Aug 01 2017 01:48:00      First Premier Bank,    PO Box 5529,
                 Sioux Falls, SD  57117-5529
13649774       EDI: MID8.COM Aug 01 2017 01:48:00      Midland Credit Management, Inc.,    PO Box 60578,
                 Los Angeles, CA  90060-0578
13649776       EDI: AGFINANCE.COM Aug 01 2017 01:48:00      One Main Financial,    6801 Colwell Blvd,
                 Irving, TX  75039-3198
13649775       EDI: AGFINANCE.COM Aug 01 2017 01:48:00      One Main Financial,    501 Macdade Blvd,
                 Folsom, PA  19033-3203
13694788      +EDI: JEFFERSONCAP.COM Aug 01 2017 01:49:00      Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
13687168       EDI: Q3G.COM Aug 01 2017 01:49:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,    Kirkland, WA  98083-0788
13649777       EDI: RMSC.COM Aug 01 2017 01:49:00      Synch/Care Credit,    PO Box 965036,
                 Orlando, FL  32896-5036
13649778       EDI: RMSC.COM Aug 01 2017 01:49:00      Synchrony Bank,    PO Box 965064,
                 Orlando, FL  32896-5064
13649779       EDI: TFSR.COM Aug 01 2017 01:48:00      Toyota Financial Service,    5005 N River Blvd NE,
                 Cedar Rapids, IA  52411-6634
13649780       EDI: WFFC.COM Aug 01 2017 01:48:00      Wells Fargo Card Services,    PO Box 30086,
                 Los Angeles, CA  90030-0086
13732234      +EDI: WFFC.COM Aug 01 2017 01:48:00      Wells Fargo Card Services,    1 Home Campus 3rd Floor,
                 Des Moines, IA 50328-0001
                                                                                                TOTAL: 21
```

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2017                                 Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: JEGilmore            Page 2 of 2            Date Rcvd: Jul 31, 2017
                              Form ID: 318               Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2017 at the address(es) listed below:
              ARTHUR ROBERT PANZA    on behalf of Debtor Sade N. Brown Panza6@msn.com
              ARTHUR ROBERT PANZA    on behalf of Creditor    PF Hillside Manor Panza6@msn.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Toyota Motor Credit Corporation
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              JOSHUA Z. GOLDBLUM    on behalf of Debtor Sade N. Brown jzgoldblum@aol.com,
               G14492@notify.cincompass.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              TERRY P. DERSHAW    td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com
              THOMAS I. PULEO    on behalf of Creditor    Toyota Motor Credit Corporation tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8
```

| **Information to identify the case:** | |
|---|---|
| Debtor 1  **Sade N. Brown** | Social Security number or ITIN  **xxx–xx–5044** |
| First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Social Security number or ITIN  _ _ _ _ |
| First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of Pennsylvania** | |
| Case number:  **15–19071–mdc** | |

# Order of Discharge                                                          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Sade N. Brown
   aka Sade Brown–Jackson

<u>7/31/17</u>                                    **By the court:**  <u>Magdeline D. Coleman</u>
                                                                United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---